

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Receipt**

**50 NO. 14658**

# CHRIS DANIEL DISTRICT CLERK

Action : ----- PAYMENT ON ACCOUNT -----

Style    PLT: MONTGOMERY, MELBA JO
         DEF: MONTGOMERY, LEO BRIAN

Case: 201334055-7    Trans ID: 208245587    Court: 310

| Fee | Description | | Amount |
|-----|-------------|--|--------|
| 119 | TRANSCRIPT  | | $310.00 |

Comment:

| | | | |
|--|--|--|--|
| Payment  Check | | 1989 | $310.00 |
| Amount Tendered : | | | $310.00 |
| Payment Amount: | | | $310.00 |
| Amount Applied: | | | $310.00 |
| Change Amount: | | | $0.00 |

Received    OWOR, GOGO U. K.    24026105
Of          6475 HILLCROFT AVE., SUITE B
            HOUSTON, TX  77081

THREE HUNDRED TEN  AND 00/100 ****************************Dollars

Payment Date: 4/10/2015    File Date:

Assessed By: LOPEZ, CRYSTAL
Validated: 4/10/2015    By :LOPEZ, CRYSTAL

**CUSTOMER COPY**